## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| MARIA GUTIERREZ ALONSO, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. |
| | ) | |
| v. | ) | 3:05-CV-339-MU |
| | ) | |
| MARIO CAMPUSANO | ) | |
| TRUJILLO, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

## ORDER GRANTING MOTION TO CHANGE VENUE

Petitioner Maria Gutierrez Alonso ("Petitioner") having moved the Court for an order seeking a change of venue from the Western District of North Carolina to the Middle District of North Carolina, and good cause appearing, it is HEREBY ORDERED that Petitioner's motion is granted and that this action is transferred to the United States District Court for the Middle District of North Carolina.

Signed: June 23, 2006

Graham C. Mullen
United States District Judge